**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 05-1052

---

ALEXANDRA BATEN,

                              Plaintiff - Appellant,

        versus

SOUTH CAROLINA DEPARTMENT OF JUVENILE JUSTICE,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Bristow Marchant, Magistrate Judge.
(CA-01-980-3-10BD)

---

Submitted:  June 17, 2005            Decided:  July 8, 2005

---

Before WILKINSON, LUTTIG, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Chalmers C. Johnson, CHALMERS JOHNSON LAW FIRM, Charleston, South
Carolina, for Appellant. Kathryn Thomas, Christina M. Summer,
GIGNILLIAT, SAVITZ & BETTIS, L.L.P., Columbia, South Carolina, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alexandra Baten appeals the magistrate judge's[*] order denying her Fed. R. Civ. P. 60(b) motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. See Baten v. South Carolina Dep't of Juvenile Justice, No. CA-01-980-3-10BD (D.S.C. Dec. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).

- 2 -